UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ALAN BOWMAN,
on behalf of himself and
all others similarly situated,

    Plaintiff,         Case No. 25-cv-158

  v.

TREEHOUSE FOODS, INC., *et. al.*

    Defendants.

---

## JOINT MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

---

Plaintiff Alan Bowman, by and through his counsel, Walcheske & Luzi, LLC, and Defendants TreeHouse Foods, Inc. ("TreeHouse") and Sturm Foods, Inc. ("Sturm"), by and through their counsel, Seyfarth Shaw LLP, hereby jointly move this Court, pursuant to 28 U.S.C. § 1404(a), for entry of an Order transferring venue from the Northern District of Illinois to the Eastern District of Wisconsin (Green Bay Division). In support of this Joint Motion, the parties state as follows:

1. On January 7, 2025, Plaintiff filed his Complaint in this matter in the United States District Court for the Northern District of Illinois, ECF No. 1. Therein, he asserted collective and class allegations against Defendants pursuant to the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Laws, respectively;

2. During his employment with Defendants, Plaintiff worked as an hourly-paid employee at Defendants' production facility located at 3200 Riverside Drive, Green Bay, Wisconsin 54307. The putative collective and class members include those that are current and former hourly-paid employees of Defendants' Green Bay, Wisconsin production facility as defined in the Court's September 22, 2025 Order, ECF No, 26;

3. The parties have reached an agreement in principle to resolve this matter. The anticipated settlement pertains solely to current and former employees of

Defendants' Green Bay, Wisconsin production facility, and the parties wish to transfer this case to the Eastern District of Wisconsin (Green Bay Division) in order to finalize the settlement and seek judicial approval of same;

4. Given that the anticipated settlement class will consist exclusively of current and former employees of Defendants' Green Bay, Wisconsin facility, the parties agree that the Eastern District of Wisconsin (Green Bay Division) is the most appropriate and convenient venue to finalize this matter and to oversee the settlement approval process;

5. The parties agree that, given the parties' agreement to limit the class and collective to Sturm's Manawa, Wisconsin facility, *see* ECF No. 25, and because Sturm does business in that District, this matter could have originally been brought in the Eastern District of Wisconsin (Green Bay Division) if its scope was originally limited to Sturm's Manawa, Wisconsin facility;

6. Pursuant to 28 U.S.C. § 1404(a), "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented"; and

7. For the totality of the reasons stated herein, the parties believe that good cause exists and thus mutually consent to transfer venue in this matter.

WHEREFORE, the parties jointly move this Court for an Order transferring venue from the Northern District of Illinois to the Eastern District of Wisconsin (Green Bay Division).

Dated this 5th day of June, 2026.

**WALCHESKE & LUZI, LLC**
Counsel for Plaintiff

 s/ *James A. Walcheske*
James A. Walcheske, WI SBN 1065635
125 S. Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (224) 698-2630
Email: jwalcheske@walcheskeluzi.com

**SEYFARTH SHAW LLP**
Counsel for Defendants

 s/ *Christina Jaremus*
Kyle A. Petersen, SBN 6275689
Christina Jaremus, SBN 6316657
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Email: kpetersen@seyfarth.com
Email: cjaremus@seyfarth.com

2