# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Alan Bowman

                                    Plaintiff,

v.                                                          Case No.: 1:25–cv–00158
                                                            Honorable Georgia N. Alexakis

Treehouse Foods, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

   MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants the parties' joint motion to transfer venue [41], strikes all set dates and deadlines, and directs the Clerk to transfer this case forthwith to the United States District Court for the Eastern District of Wisconsin (Green Bay Division), pursuant to 28 U.S.C. § 1404(a). Civil case terminated in this District. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.